1  **JONES & DYER**
   **A Professional Corporation**
2  **1800 J Street**
   **Sacramento, California 95814**
3  **Telephone: (916) 552-5959**
   **Fax: (916) 442-5959**
4
   **MARK A. JONES, State Bar #96494**
5  **JENNIFER C. COMILANG, State Bar #210158**

6  Attorneys for: Defendant County of Lassen

7

8          IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

9                       EASTERN DISTRICT OF CALIFORNIA

10                              SACRAMENTO DIVISION

11

| | |
|---|---|
| KESNER JUNIOR LIBERAL, | ) NO.  CIV. S. 05-0556 MCE PAN |
|  | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
|  | ) **DISMISSAL WITHOUT PREJUDICE** |
| vs. | ) |
|  | ) |
| COUNTY OF LASSEN; DAWN J. MARKS, individually and in her official capacity as an employee of the County of Lassen; WILLIAM FREITAS, individually and in his official capacity as sheriff of Lassen County; R. REED, individually and his/her capacity as Chief Administrative Officer of Lassen County Superior Court; JOHN DOE and RACHEL ROE, individually and in capacities as employees of the County of Lassen, the exact names and numbers of whom are unknown to plaintiff at this time; DOES 1-25, | ) |
|  | ) |
| Defendant(s). | ) |

23      IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs KESNER

24  JUNIOR LIBERAL, and defendants COUNTY OF LASSEN, by and through their undersigned

25  counsel, that defendant R. REED be dismissed without prejudice pursuant to Federal Rules, Rule

26  41 (a) (2), each party to bear their own attorneys fees and costs.

27  ///

28  ///

-1-

DATED: July _____, 2005

                         Respectfully submitted,

                         JONES & DYER

                         By:     /s/
                                JENNIFER C. COMILANG
                                Attorneys for Defendant
                                County of Lassen

DATED: July _____, 2005

                         LAW OFFICES OF
                         ANTHONY BOSKOVICH

                         By:     /s/
                                ANTHONY BOSKOVICH
                                Attorney for Plaintiff
                                Kesner Junior Liberal

**ORDER**

IT IS SO ORDERED.

DATED: August 10, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE