UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESNER JUNIOR LIBERAL, | No. 2:05-cv-0556-MCE-JFM |
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| COUNTY OF LASSEN; DAWN J. MARKS, individually and in her official capacity as an employee of the County of Lassen; WILLIAM FREITAS, individually and in his official capacity as sheriff of Lassen County; R. REED, individually and in her/her official capacity as Chief Administrative Officer of Lassen County Superior Court; JOHN DOE and RACHEL ROE, individually and in capacities as employees of the County of Lassen, the exact names and numbers of whom are unknown to plaintiff at this time, | |
| Defendants. | |

///

///

///

1  Pursuant to the representations of the attorney for
2 plaintiff, the Court has determined that this case is settled.
3  In accordance with the provisions of Local Rule 16-160,
4 dispositional documents are to be filed on or before April 17,
5 2006.
6  Failure to comply with this Order may be grounds for the
7 imposition of sanctions on any and all counsel as well as any
8 party or parties who cause non-compliance with this Order.
9  IT IS SO ORDERED.
10 DATED: March 29, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE